**UNITED STATES DISTRICT COURT**
WESTERN DISTRICT OF WASHINGTON
OFFICE OF THE CLERK

BRUCE RIFKIN
CLERK

215 U.S. COURTHOUSE
SEATTLE, WASHINGTON 98104

June 18, 2002

MAIL

JUN 29 2002

United States District Court
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

RE:   4 W's, Inc., et al v. Abbot Laboratories, et al, C94-1767P

Dear Clerk:

Pursuant to the order transferring the above captioned case to your Court, enclosed are:

1. Certified copy of docket entries;

2. Certified copy of transfer order; and

3. Original case file documents.

Please acknowledge receipt of the above documents by returning the copy of this letter.

Very truly yours,

BRUCE RIFKIN, CLERK

By: _Amber Freeman_
Amber Freeman, Deputy Clerk

Enclosures

cc:   counsel of record
      file